UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION
CIVIL ACTION NUMBER 3:19-cv-102

| | |
|---|---|
| ADAM BISHOP, an individual,<br><br>                                                      Plaintiff,<br><br>- against -<br><br>ATHENS-CLARKE COUNTY UNIFIED GOVERNMENT; DOES 1-2,<br><br>                                                      Defendants. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate that all claims raised by the Plaintiff in the above-styled cause of action are hereby dismissed with prejudice. Each of the parties shall bear their own costs, expenses, and attorney fees.

Stipulated to and approved:

/s/Terry L. Lloyd
TERRY L. LLOYD
GA Bar # 455349
10 Lumpkin Street
Lawrenceville, GA  30046
Tel:  770-962-0118
Fax:  770-963-3424
terrylloyd@bellsouth.net
Local Counsel for Plaintiff

/s/Frederick H. Nelson
Frederick H. Nelson
Florida Bar No.: 0990523
Lead Trial Counsel for Plaintiff
David J. Markese
Florida Bar No.: 0105041
Co-Counsel for Plaintiff
**AMERICAN LIBERTIES INSTITUTE**
P.O. Box 547503
Orlando, FL 32854-7503
Telephone: (407) 786-7007
Facsimile: (877) 786-3573
E-mail: rick@ali-usa.org
E-mail: dmarkese@ali-usa.org

**COOK & TOLLEY LLP**
/s/Gregory C. Sowell
GREGORY C. SOWELL
Georgia Bar No. 668655
V. AIDAN MOSS
Georgia Bar No. 581756
304 E. Washington Street
Athens, Georgia 30601
(706) 549-6111 (phone)
(706) 548-0956 (fax)
gregsowell@cooktolley.com
vaidanmoss@cooktolley.com
Attorneys for Defendants

**ATHENS-CLARKE COUNTY ATTORNEY'S OFFICE**
/s/John M. Hawkins
JOHN M. HAWKINS
Chief Assistant Attorney
Georgia Bar No. 120839
155 E. Washington Street
Athens, Georgia 30601
(706) 613-3035 (phone)
(706) 613-3037 (fax)
john.hawkins@accgov.com

## CERTIFICATE OF SERVICE

    I hereby certify that on June 9, 2020, I electronically filed the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE with the Clerk of Court using the CM/ECF, which will automatically send e-mail notification of such filing to:

> Terry L. Lloyd
> Frederick H. Nelson
> David J. Markese

    This 6th day of June, 2020.

> **COOK & TOLLEY LLP**
> /s/Gregory C. Sowell
> GREGORY C. SOWELL
> Georgia Bar No. 668655
> V. AIDAN MOSS
> Georgia Bar No. 581756
> 304 E. Washington Street
> Athens, Georgia 30601
> (706) 549-6111 (phone)
> (706) 548-0956 (fax)
> gregsowell@cooktolley.com
> vaidanmoss@cooktolley.com
> Attorneys for Defendants